UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:05 CV 2605 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE McHARGH |
| | ) | |
| v. | ) | |
| | ) | |
| ANNETTE GUY, | ) | JUDGMENT ENTRY |
| | ) | |
| Defendant. | ) | |

Pursuant to the Court's Memorandum Opinion filed July 3, 2006, the Court GRANTS in part and DENIES in part, the Government's Motion for Summary Judgment and Motion in Limine.

IT IS SO ORDERED.

 s/Kenneth S. McHargh
Kenneth s. McHargh
United States Magistrate Judge

DATED:  July 3, 2006