IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 1:05 CV 2605 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MAGISTRATE JUDGE McHARGH |
| v. | ) | |
| | ) | |
| ANNETTE GUY | ) | **JUDGMENT ENTRY** |
| | ) | |
| Defendant. | ) | |

Pursuant to the Court's Memorandum Opinion filed July 7, 2006, the Court DENIES Defendant Annette Guy's *Motion to Dismiss, in the Alternative Summary Judgment Motion for Leave to Move for Summary Judgment*.

IT IS SO ORDERED.

s/ Kenneth S. McHargh
Kenneth S. McHargh
United States Magistrate Judge

Date: July 7, 2006